UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HONG MING, | CASE NO. C26-1179-KKE |
| Plaintiff(s), | ORDER TO TERMINATE MOTION TO DISMISS AS MOOT |
| v. | |
| JOSEPH EDLOW, | |
| Defendant(s). | |

On June 15, 2026, Defendant filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). Dkt. No. 5. Twenty-one days later, Plaintiff filed an amended complaint, as permitted under Federal Rule of Civil Procedure 15(a)(1)(A). Dkt. No. 11.

Accordingly, the Court directs the clerk to TERMINATE Defendant's motion to dismiss (Dkt. No. 5) as moot, subject to re-filing with respect to the operative complaint.

Dated this 7th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO TERMINATE MOTION TO DISMISS AS MOOT - 1